## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Carole Ann Pooler, | ) | Case No: 16-02859 |
| | ) | |
| Debtor. | ) | |

### ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES

The undersigned, a duly qualified attorney admitted to practice before the Court, hereby enters an appearance in the above captioned matter on behalf of JPMorgan Chase Bank, National Association, and/or its assigns and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be sent to them at the following address:

>JPMorgan Chase Bank, National Association
>c/o Heavner, Beyers & Mihlar, LLC
>Post Office Box 740
>Decatur, Illinois   62525-0740

Dated this 18th day of February, 2016

By  */s/ Heather M. Giannino*
    Heather M. Giannino

HEATHER M. GIANNINO (#6299848)
AMANDA J. DOYLE (#6320552)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
Post Office Box 740
Decatur, Illinois   62525-0740
(217) 422-1719