Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Carole Ann Pooler |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 16-02859 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Community Loan Servicing, LLC. f/k/a Bayview Loan Servicing, LLC.

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 6332

**Date of payment change:** Must be at least 21 days after date of this notice: 11/1/2020

**New total payment:** Principal, interest, and escrow, if any: $ 2963.66

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: Please see attached Escrow Disclosure Statement.

   Current escrow payment: $ 987.77     New escrow payment: $ 1260.03

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1                Notice of Mortgage Payment Change                page 1

Debtor 1  **Carole Ann Pooler**
First Name    Middle Name    Last Name

Case number *(if known)* 16-02859

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗  /s/ Amanda J. Wiese
Signature

Date  10/07/2020

Print: Amanda J. Wiese
First Name    Middle Name    Last Name

Title  Attorney

Company  Heavner, Beyers & Mihlar, LLC

Address  111 East Main Street
Number    Street

Decatur, IL 62523
City    State    ZIP Code

Contact phone  (217) 422-1719

Email  bkdept@hsbattys.com

Official Form 410S1    **Notice of Mortgage Payment Change**    page **2**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | Case No. 16-02859 |
|---|---|
| Carole Ann Pooler, | Chapter 13 |
| Debtor. | Honorable Jacqueline P. Cox |

**CERTIFICATE OF SERVICE**

    I, the undersigned attorney, certify that I served a copy of the Notice of Mortgage Payment Change filed on October 7, 2020, upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on October 7, 2020, and as to the Debtor by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 7th day of October, 2020.

**Service by Mail:**

Carole Ann Pooler
4942 N Washtenaw
Chicago, Illinois 60625

**Service by Electronic Notice through ECF:**

| Joseph S. Davidson | Tom Vaughn | Patrick S. Layng |
|---|---|---|
| Sulaiman Law Group, Ltd. | 55 E. Monroe Street, | United States Trustee |
| 2500 S. Highland Ave | Suite 3850 | (Region 11) |
| Suite 200 | Chicago, IL 60603 | 219 S. Dearborn Street |
| Lombard, IL 60148 | | Room 873 |
| | | Chicago, IL 60604 |

                                                                            */s/ Amanda J. Wiese*
                                                                               Amanda J. Wiese

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
CHERYL CONSIDINE (#6242779)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754